IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
259 ROBERT J. DOLE U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101

| | |
|---|---|
| RONALD JOHNSON ) | WYANDOTTE COUNTY DISTRICT |
| propria persona sui juris ) | COURT CASE NO. 01-CR-2150 |
| Defendant ) | WYANDOTTE COUNTY D.A.'s |
| ) | OFFICE DEFAULTED, for |
| vs. ) | Lack of Jurisdiction and |
| WYANDOTTE COUNTY DISTRICT ) | venue, causing FRAUD |
| COURT: Kansas City, Kansas ) | |
| ) | 23-3020-JWL |

NOTICE FOR REMOVAL, pursuant to
( 28 USCS Section 1331, 28 USCS Section 1333(1),
28 USCS Section 1332 ), Rule 81

COMES NOW, Ronald Johnson propria persons sui juris, asking to settle WY. CO. District Court Case No. 22-CV-118, the Stae DEFAULTED, lacking jurisdiction and venue, proving FRAUD. These facts require prompt actions to stop further Treaty, and Constitutional law violations, which will protect and serve justice.

Please see Consular Notification and Access manual from United States Department of State.

1/19/23

Ronald Johnson El
Propria Persona Sui Juis

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
259 ROBERT J. U.S. COURTHOUSE
500 STATE AVENUE
KANSAS CITY, KANSAS 66101


RONALD JOHNSON
propria persona sui juris

    NOTICE:
        Record Correction For
    STATUS CORRECTION

1/19/23

    I, Ronald Johnson have been incorrecthy
    denationalized by having my RACE recorded
as BLACK.
    I am indeed Moorish/Moroccan American, meaning my RACE: Asiatic.
The entire record must be corrected to show my true nationality
along with my true race.
    Thank you for understanding, and correcting my Status to
Asiatic, being I am a aborignal indigenous American Moor,

*Ronald Johnson El*
Propria Persona Sui Juris

# Court of Record at the
## Wyandotte County, Kansas District Court

| | |
|---|---|
| Ronald Johnson-El propria persona sui juris -Commanding- | NONFICTIONAL Demanding Jurisdiction united states of america constitutional Bill of Rights Protections |
| Wyandotte County, Kansas District Court | Moroccan Treaty of Peace and friendship |
| Wyandotte County, Kansas District Attorney Office | NONCOMMERICAL |
| | "For Court of Record only" |

## NOTICE
### Demanding full Dismissal with Prejudice

Comes Now, I, Ronald Johnson-El, in propria persona, proper person; As spirit man, clothed with soul, clothed in human flesh and blood, living soul.

In case NO. 01-CR-2150 the state of Kansas signed the "complaint information" Your honor if the state is an injured party to this case, they cannot be the "judge" or "prosecutor"

This case must be dismissed or transferred to Federal Court. Jurisdiction may be challenged at any time, and proven.

## Questions

What jurisdiction did Wyandotte County, Kansas District Court use?

For civil action, let the record reflect, lacks a sworn complaint. No injured party present. Case must be dismissed.

Your honor if it was admiriality jurisdiction used, this is a Military tribunal Court, which the Court has no right to use with me.
  I have not intered NO international contract. The prosecutor must produce this Contract Article 1 section 8 clause 17 of the constitution.
   Case must be dismissed

Your honor if this is some statutory jurisdiction, there is no such authorized jurisdiction under the united states of america republic Constitution
   Case must be dismissed

Your honor if this is/was Common law jurisdiction, the State has signed the sworn complaint and proceeded as the prosecutor, and judge, which proves fraud on this Court.
   Case must be dismissed

Your honor, let the record reflect, if this is/was criminal jurisdiction the injured party must sign complaint information. The evidence of the record reflects the state signed the complaint information, which now and forever more evidence of fraud.

This court which only administrate it's own policies, codes, statutes all of which are the color of law, this court know it has no jurisdiction over me, Ronald Johnson-El, propria persona.

This court is well aware of the united states sixth amendment guarantees that jurisdiction must be established. Title 18 U.S.C. section 242, states no one, no court may deprive anyone of constitutional guarantees under color of law.

Your honor, I do not think you would be violating your oath of office if you did your duty under the Constitution. My guarantees under the united states Constitutional Bill of Rights/Constitution is absolute as a American Moor, Native to this land. My rights are not waived.

What Quo warranto authority does this ministeral court have to usurp my sixth amendment protections?

2.

The grounds for full dismissal with prejudice is fully standing on my sixth amendment guarantees as a American Moor, indigous to this land.

    This is law, protected by the constitution. A speedy hearing to dismiss this case with prejudice must occur at this time.

In Honor,

*Ronald Johnson-El ©*

9/24/21   *Ronald Johnson-El*

## Certificate of Certification

I, Ronald Johnson-El, certify, and affirm these are facts, protected by the Constitution, mailed certified to Wyandotte County, Kansas District Court 9/24/21 at the following address, same using regular/certified mail Wyandotte County, Kansas District Attorney Office

| | |
|---|---|
| W.Y. Co, K.S. | W.Y. Co, K.S |
| District Court | District Attorney Office |
| 710 N. 7th St | 710 N. 7th St. |
| K.C., K.S 66101 | K.C, K.S 66101 |

*Ronald Johnson-El*

NONCOMMERCIAL/NONFICTION

In The Supreme Court of Kansas

| | |
|---|---|
| Ronald Johnson<br>Propria Persona Sui Juris<br>- Petitoner -<br><br>VS.<br><br>STATE OF KANSAS | Correction of Status<br><br>Appellate Case No.<br>22-125556-S<br><br><br>Ronald Johnson<br>RACE: Asiatic |

## NOTICE:
## STATUS CORRECTION

I, Ronald Johnson am hereby now correcting my Status: I was incorrectly denationalized by the STATE OF KANSAS by recording my RACE as BLACK.
My RACE is Asiatic, as the Great God intended. My entire record must be correct from the denationalized state of BLACK, which I am not.
Thank you for understanding.

Ronald Johnson El
Propria Persona Sui Juris

September 28, 2022

FILED
'21 DEC 17 PM 3:41

Wyandotte County, Kansas District Court

01CR2150

Ronald Johnson:El
Propria Persona Sui Juris

- Commanding Proof of Jurisdiction -

Wyandotte County, Kansas District Court

NONSTATOTORY/NONSTATUTORY
NONCOMMERICAL
NONFICTIONAL
United States constitution, bill of rights, Moroccan Treaty of Peace and Friendship Protected, All Rights Reserved at all times

"Indeed no more than (Affidavits) are necessary to make Prima Facie Case"

By Special Visitation, via this document, being the Court not as of yet transported me from its debtors prison to prove I am Ronald Johnson:El Propria Persona Sui Juris, sure benifactor.

## "Affidavit of Truths and Facts"

Your honor, let the record reflect, this Affidavit must be recorded, as truths, as well as facts...

1.) Your honor the record reflects the state of Kansas, at Wyandotte County, Kansas District Court signed the "Complaint information", in case account No. 01-CR-2150.
Your honor, if the state is an injured party to this case, they (the state) **cannot** be the "**judge**" or "**prosecutor**"...

2.) Your honor, let the record reflect, if this is/was criminal jurisdiction the injured party must sign complaint information. The evidence is the record which reflects the state signed the complaint information,

1.

which is now and forever more evidence of fraud on this court. This court which only administrate it's own policies, codes, statutes all of which are the "color of law"...

This court is well aware of the united states sixth amendment guarantees that the jurisdiction must be proved...

Title 18 USC § 242, states no one, no court may deprive anyone of Constitutional guarantees under the color of law. Case must be dismissed

3.) Your honor let the record reflect if this is/was a civil jurisdiction it lacks a sworn complaint. No injured party present. Case must be dismissed

4.) Your honor let the record reflect if this was/is admiriality (maritime jurisdiction) jurisdiction used, this is a Military Tribunal Court, which this court has no right to use on me.

I have not intered no international contracts. The prosecutor must provide this contract...

Article 1 § 8 clause 17 of the constitution. Case must be dismissed.

5.) Your honor if this is/was some statutory jurisdiction, the record must reflect this, Your honor there is no such authorized jurisdiction in the united states **Constitution**. Case must be dismissed.

2.

6.) Your honor let the record reflect if this was/is Common law jurisdiction, the state signed the sworn complaint information twice, once for second degree murder, the second time when Complaint was amended by A.D.A Terra Morehead in front of Dexter Burdette, Judge.

Then proceeded as the prosecutor, as well as judge, which fraud is already proven by this Courts own action, which are recorded in the record.

Case must be dismissed with prejudice...

"Jurisdiction May be challenged at any time, and it must be proven". I have proven this Courts own fraud it recorded, this Court has no jurisdiction, all signatures been rescinded.

7.) Your honor let the record reflect that you would not be violating your oath of office if you did your duty under the Constitution, dismissing this case account number 01-CR-2150 with prejudice, as the Constitution provides me.

Jurisdiction is formally, as well as officially Challenged due to fraud being proven by this document, as well as by the record. Prosecution has 14 day to rebut, if not this stands as Truth; In Honor as a friend of the Court,

12/11/21        Ronald Johnson; El
                Propria Persona Sui Juris

3

Certificate of Certification
Truths and Facts Proven
Wyandotte County District Court lacks Jurisdiction...

I, Ronald Johnson:El certify, and affirm these are truths and facts written within this document(s), and recorded in the record. The U.S.P.S. was used to mail certified to the 2 following addresses on 12/12/21

Wy. Co, KS. District Court
710 N. 7th St.
K.C., KS. 66101

Wy. Co., KS.
D.A. Mark Dupree
710 N. 7th St.
K.C., KS. 66101

Ronald Johnson:El
Propria Persona Sui Juris
12/12/21

I hereby certify the above and foregoing to be a True and correct copy, the original of which is filed and entered record in this court.
CLERK DISTRICT COURT
WYANDOTTE CO, KS
Date 12-17-21
By _____, deputy

1.

All Contracts are Void!

FILED
2021 SEP 30 PM 3:22
WYANDOTTE COUNTY KANSAS
BY _____ DEPUTY

Court of Record, Clerk Kristi Hill
Wyandotte County, Kansas District Court

Court of Record Clerk, this is to be, this only must be Recorded in a Court of Record only.

Please Record my jurisdiction challenge, this is NONSTATUTORY, this must not ever be take any other way.

Please Record this and send me back a certified recorded copy.

Thank you Public Offical Clerk of Record Kristi Hill, Wyandotte Court, Kansas Court.

Ronald Johnson-El

Remedy: Full dismissal of case NO 01-CR-2150 with prejudice immediately.

9/24/21  Ronald Johnson-El
         ronald johnson-el

1/19/23

Dear Clerk,

Please file/record this current Removal Act; As the Clerk's office and Justices clearly see I am the Defendant, as well as the first jurisdiction challenge was 9/30/21, the second jurisdiction challenge being 12/17/21;

No hearing was ever given. The Court at Wy. Co. district court knows the State entered Default knowingly. Then the Court proceed as if the State of Kansas did not Default, causing more fraud.

At this time Defendant Ronald Johnson is requesting this Court administer justice, as justice has been corrupted and clearly delayed within the local Wy. Co. d.C.

At this time I am requesting immunity from the state of Kansas.

Ronald Johnson El
Duress of Imprisonment